## MULLIS *et al. v.* NICHOLS & BUCHAN *et al.*

LITTLE, J. There was, in view of the conflicting evidence appearing in the record, no abuse of discretion in granting an interlocutory injunction restraining the defendants from carrying on a particular business in violation of their alleged agreement not to do so, the same being as to time and place and in other respects apparently reasonable. In such a case the rights of the plaintiffs, upon the assumption that the evidence supported their contentions of fact, could not be suitably protected by a bond, because the damages arising from the defendants' breach of their contract would not be readily capable of ascertainment.

*Judgment affirmed. All concurring, except Cobb, J., absent.*

Argued February 25,—Decided March 24, 1898.

Injunction. Before Judge Smith. Pulaski county. February 1, 1898.

*L. C. Ryan* and *W. L. & Warren Grice,* by *Glenn, Slaton & Phillips,* for plaintiffs in error.

*J. H. Martin* and *George Bright,* contra.